

# Summons

In the matter of  Larry B. Golson and Debra G. Golson, 7736 Deer Trail Rd., Montgomery, AL 36117
Internal Revenue Service (Division): Small Business/Self-Employed
Industry/Area (name or number): Examination, Central Area
Periods: Calendar year ended 2003

### The Commissioner of Internal Revenue

To: Debra G. Golson
At: 7736 Deer Trail Rd., Montgomery, AL 36117

You are hereby summoned and required to appear before  Heidi Beukema 38-00949 or her designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see attachment.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
Suite 200, 678 Front NW, Grand Rapids, Michigan 49504

**Place and time for appearance at**  Internal Revenue Service, 1285 Carmichael Way, Montgomery, AL 36106

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___27th___ day of ___June___, ___ at ___1:00___ o'clock ___P___ m.
Issued under authority of the Internal Revenue Code this ___9th___ (year) day of ___June___, ___2005___.
                                                                                          (year)

_Heidi Beukema_                           Revenue Agent
Signature of issuing officer              Title

_Michelle M Haldaman_                     Supervisory Revenue Agent
Signature of approving officer (if applicable)   Title

Original — to be kept by IRS

Exhibit ___B___



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6-13-05 | 4:20 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. *and 1 IDR*

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): *taped on front door*

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: 7736 Deer Trail Rd., Montgomery, AL 36117

| Signature | Title |
|---|---|
| Judy Odding | Group Manager |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 1. |
|---|---|---|
| To: (Name of Taxpayer and Company, Division or Branch) Larry & Debra Golson 7736 Deer Trail Rd Montgomery, AL 36117 | Subject: 200312 1040 Audit | |
| | Submitted to: | |
| | Dates of Previous Requests: | |

**Description of Documents Requested:**

1. Copy of W-2 provided by your employer for the calendar year 2003.

2. Copy of request to employer to correct your W-2 for the calendar year 2003 and any other information or documentation provided to your employer with such request.

3. Bank statements, cancelled checks and deposited items for all financial accounts, including, but not limited to, checking, savings, and money market accounts for the period including December 2002 through January 2004 and for the period September 2004 through December 2004.

4. Records of certificates of deposit for the calendar year 2003.

5. Forms 1099 INT and 1099DIV that you received from payers for the calendar year 2003.

6. Verification of basis for any assets sold during the calendar year 2003.

7. Records of real property transactions, records of contracts, contracts for the purchase or sale of personal property, contracts or agreements for the performance of services for the year 2003.

8. Social security numbers to support the dependent exemptions claimed on the 2003 return.

9. Substantiation for the itemized deductions claimed on the 2003 tax return, including medical expense, taxes, home mortgage interest and charitable contributions.

| Information Due By | At Next Appointment | Mail In | |
|---|---|---|---|
| FROM | Name and Title of Requestor Heidi Beukema Internal Revenue Agent | Employee ID:38-00949 | Date: 6-9-05 |
| | Office Location: 678 Front NW Suite 200 Grand Rapids, MI 49504 | Phone: 616-235-1749 Fax: 616-235-2249 | Page 1 |

Form 4564                                                                                           Workpaper #: 610