IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| DEBRA G. GOLSON, | ) |
| | ) |
| Respondent. | ) |

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Debra G. Golson, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable _____, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama  36104 at _____ on the _____ day of _____, 2005, at Courtroom _____, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on June 13, 2005.  It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Debra G. Golson, by delivering a copy to respondent personally or by

leaving copies thereof at her dwelling or usual place of abode with some person of suitable age and discretion found therein on or before _____, 2005. It is further

ORDERED within 10 days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

Entered this _____ day of _____, 2005.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT