IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-MC-3263-T |
| ) | |
| DEBRA G. GOLSON, ) | |
| ) | |
| RESPONDENT. ) | |

**MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE**

COMES NOW, the Petitioner, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an extension of time to perfect service.

As grounds for said request, Petitioner states the following:

1. Petitioner filed its Petition to Enforce Internal Revenue Summons with the Court on September 15, 2005.

2. The Court entered an Order to Show Cause on September 19, 2005. The Court's Order directed Petitioner to serve a copy of the order along with the Summons, Petition and Exhibits on Respondent within a ten day time-frame.

3. Petitioner sought the assistance of the IRS agent assigned to the case, Heidi Beukema, in perfecting service on Respondent. Respondent resides in Montgomery, Alabama. Petitioner forwarded the Order, Summons, Petition and Exhibits to Ms. Beukema at the Montgomery IRS office.

4. Moreover, unknown to Petitioner at the time the documents were forwarded, the IRS agent assigned to this case, Heidi Beukema, is officed in Grand Rapids, Michigan. The local IRS agents were conducting previously committed business and/or were out of the office and unable to

serve Respondent by the deadline set forth in the Court's order.

5. Therefore, Petitioner seeks additional time to perfect service on Respondent through the U.S. Marshal's service.

Respectfully submitted this 7th day of October, 2005.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov