**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO. 2:05-MC-3263-T |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEBRA G. GOLSON | Enforce and Order to Show Cause |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DEBRA G. GOLSON

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

7736 Deer Trail Road, Montgomery, Alabama 36117

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| R. RANDOLPH NEELEY<br>ASSISTANT U.S. ATTORNEY<br>ONE COURT SQUARE, SUITE 201<br>MONTGOMERY, AL 36104 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>10/11/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>10/18/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

RETURNED AND FILED

| Address *(complete only different than shown above)* | Date<br>10/21/05 | Time<br>3:30 | ☐ am ☒ pm |
|---|---|---|---|

OCT 26 2005

CLERK
U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy
*Michael H. Bates*

| Service Fee<br>$90.00 | Total Mileage Charges including *endeavors*)<br>N/C | Forwarding Fee | Total Charges MIDDLE DIST. ALA.<br>$90.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 10-20-05 Endeavor, No one @ Home, Left Notification. MB
10-21-05 Accepted on behalf of Debra Golson by Larry Golson, Per Agreement, MBates

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00