Debra G.; Golson, all rights reserved address used without prejudice to rights
Care of, - 7736 Deer Trail Road
Montgomery, Alabama Non-Domestic is in <u>real</u> Alabama land

RECEIVED

NOV 10 2005

UNITED STATES DISTRICT COURT November, 3, 2005
address used without prejudice to rights
c/o, - Clerk of the Court, One Court Street
Montgomery, AL 36104

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

2:05mc3263-T

Dear Clerk of the Court,

Enclosed herewith, returned, rejected and refused for fraud are legal documents, which were delivered fraudulently "without prejudice", and they are "Returned to Sender".

As I do not have "enough information or knowledge upon which to base a responsive answer" - it is apparently not intended for me. As I am not a trustee/fiduciary or transfer agent, and As I am not a resident or resident agent, it is apparently not intended for me.

As I am not "Trading As" "d.b.a." or "a.k.a." DEBRA G. GOLSON, and as I am not a corporation, business or self-employed, it is apparently not intended for me.

The "Unliquidated Debt" (Res), (identified by Instrument/Document) which is the "subject-matter" of this action, is not within the territorial jurisdiction of the Court.

I do not understand these papers.

As it is illegal for me to knowingly accept or keep mail or papers particularly legal papers, that are fraudulently delivered - they are returned to you for fraud, fraudulent venue, and no valid Subject matter as pertains to me an actual live flesh and blood American woman.

Any mail or other (legal) papers intended for my attention may be directed as shown:

Debra G.; Golson, all rights reserved
address used without prejudice to rights
Care of, - 7736 Deer Trail Road
Montgomery, Non-Domestic is in real
Alabama No zip Code

Sincerely yours,
Debra G. Golson, real natural woman
not corporate fiction person subject