IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05mc3263-T |
| | ) | |
| **DEBRA G. GOLSON,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

It is ORDERED that the respondent's motion to strike (Doc. No. 11) is denied.

DONE, this the 16th day of November, 2005.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**