# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE            AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED  __NOVEMBER 21, 2005__        AT _____10:45_____ A.M./P.M.

DATE COMPLETED  __NOVEMBER 21, 2005__        AT _____10:50_____ A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v | ) | Civil Misc No. 2:05-mc-3263-T |
|  | ) | |
| DEBRA G. GOLSON | ) | |
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v | ) | Civil Misc No. 2:05-mc-3264-T |
|  | ) | |
| LARRY B. GOLSON | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA R. Randolph Neeley | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SHOW CAUSE HEARING

10:45  a.m.    Court convened; defendants failed to appear.
               Government's **oral motion** for issuance of warrants.
               **ORAL ORDER** granting motion and directing issuance of bench
               warrants.
10:50  a.m.    Court adjourned.