# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __NOVEMBER 22, 2005__       AT ____10:41____ A.M./P.M.

DATE COMPLETED __NOVEMBER 22, 2005__       AT ____1:17____ A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v | ) | Civil Misc No. 2:05-mc-3263-T |
| DEBRA G. GOLSON | ) | |
| Defendant | ) | |
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v | ) | Civil Misc No. 2:05-mc-3264-T |
| LARRY B. GOLSON | ) | |
| Defendant | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA R. Randolph Neeley | X | Debra G. Golson, Pro Se |
| | X | Larry B. Golson, Pro Se |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SHOW CAUSE HEARING

| | |
|---|---|
| 10:41 a.m. | Court convened. Defendants' oral representation re failure to appear on 11/21/05 and oral response to government's petitions. |
| 11:00 a.m. | Break (defendants directed to respond to government's IRS summons during break). |
| 1:15 p.m. | Government satisfied that defendants intend to completely comply with summons; additional documents to be furnished later by defendants; defendants released from custody; petitions will be dismissed by the court, without prejudice. |
| 1:17 p.m. | Court adjourned. |