IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05mc3263-T |
| | ) | (WO) |
| DEBRA G. GOLSON, | ) | |
| | ) | |
|    Respondent. | ) | |

ORDER

It is ORDERED that respondent's motion to dismiss for lack of jurisdiction (Doc. No. 16) is denied.

DONE, this the 29th day of November, 2005.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE